**RIST LAW OFFICE, LC**
Thomas A. Rist (SBN 238090)
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
(619) 377-4660
tom@sdvictimlaw.com

Attorney for Plaintiff

**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Kimberly S. Oberrecht (SBN 190794)
Sharla N. Hilburn (SBN 237596)
101 W. Broadway, Suite 600
San Diego, CA 92101
(619) 232-1183
koberrecht@hortonfirm.com
shilburn@hortonfirm.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA JAUREGUI,<br><br>           Plaintiff,<br><br>   v.<br><br>J.C. PENNEY CORPORATION, INC.; and DOES 1 through 5, inclusive,<br><br>           Defendants. | Case No.: 3:20-CV-0903-DMS-MSB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: 5/14/2020<br>District Judge: Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. Michael S. Berg<br>Trial Date: Not Set |

Upon consideration of the parties' joint motion to dismiss this case without prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is dismissed without prejudice as to all claims set forth in the Complaint.

**IT IS SO ORDERED.**

Dated:  November 2, 2020

Hon. Dana M. Sabraw
United States District Judge